IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>SEALED,<br>　　　Defendant. | Criminal No. 23- 166 (FAB) |

## MOTION TO SEAL

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. The accompanying envelope contains an Indictment being returned and an arrest warrant being requested.

2. The United States respectfully requests that the Indictment and arrest warrant **remain under seal** until the arrest of the defendants. Once the defendants are arrested and brought before this Court, the Indictment and arrest warrants may be unsealed.

**WHEREFORE**, the United States respectfully prays the Court accept and file the above-mentioned pleading, take appropriate action, and that an order be issued directing the Indictment and arrest warrant to remain under seal until further Order of the Court.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 26th day of April, 2023.

W. STEPHEN MULDROW
United States Attorney

s/ Alexander L. Alum
Alexander L. Alum
Assistant United States
Attorney USDC No. G01915
Unites States Attorney's Office
350 Chardon Ave., Suite 1201
San Juan, Puerto Rico 00918
Tel: (787) 766-5656

*Granted*
*USMJ Marshal [signature]*

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 APR 26 PM 4:55